**FAEGRE DRINKER BIDDLE & REATH LLP**
TARIFA B. LADDON (SBN 240419)
*tarifa.laddon@faegredrinker.com*
DAVID P. KOLLER (SBN 328633)
*david.koller@faegredrinker.com*
NICOLE HALAVI (SBN 346894)
*nicole.halavi@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, CA  90067
Tel:   (310) 203-4000
Fax:   (310) 229-1285

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

**BEN MARTIN LAW GROUP**
RACHEL L. WRIGHT *(Pro Hac Vice)*
*rwright@bencmartin.com*
3141 Hood St., Ste. 600
Dallas, Texas 75219
Tel: (214) 761-6614
Fax: (214) 744-7590

Attorneys for Plaintiff
KIRA HURD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| KIRA HURD,<br><br>            Plaintiff,<br><br>     v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>            Defendant. | Case No. 5:22-cv-00032-JWH (KKx)<br><br>Hon. John W. Holcomb<br>Courtroom 2<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint filed:  January 7, 2022 |
|---|---|

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT NOTICE OF SETTLEMENT
Case No.: 5:22-CV-00032-JWH (KKX)

**TO THE DISTRICT COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Kira Hurd and Defendant Boston Scientific Corporation (together, the "Parties") hereby notify the Court that the Parties have reached a settlement agreement in principle. The Parties are actively working through the steps to finalize the settlement agreement and will submit a Stipulation and Proposed Order of Dismissal once the agreement is complete. Accordingly, the Parties request that all deadlines be stayed by approximately 90 days to permit them time to finalize the settlement agreement and submit a Stipulation of Dismissal.

Dated: July 21, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

By:  */s/ Tarifa B. Laddon*
TARIFA B. LADDON
DAVID P. KOLLER

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

Dated: July 21, 2023

**BEN MARTIN LAW GROUP**

By:  */s/ Rachel L. Wright*
RACHEL L. WRIGHT

Attorney for Plaintiff
KIRA HURD

**ATTESTATION**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 21, 2023  */s/ Tarifa B. Laddon*
Tarifa B. Laddon