**FAEGRE DRINKER BIDDLE & REATH LLP**
TARIFA B. LADDON (SBN 240419)
*tarifa.laddon@faegredrinker.com*
DAVID P. KOLLER (SBN 328633)
*david.koller@faegredrinker.com*
NICOLE HALAVI (SBN 346894)
*nicole.halavi@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, CA  90067
Tel:    (310) 203-4000
Fax:   (310) 229-1285

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

**BEN MARTIN LAW GROUP**
*RACHEL L. WRIGHT (Pro Hac Vice)*
*rwright@bencmartin.com*
3141 Hood St., Ste. 600
Dallas, Texas 75219
Tel: (214) 761-6614
Fax: (214) 744-7590

Attorneys for Plaintiff
KIRA HURD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| KIRA HURD,<br><br>                     Plaintiff,<br><br>          v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>                     Defendant. | Case No. 5:22-cv-00032-JWH (KKx)<br><br>Hon.  John W. Holcomb<br>Courtroom 2<br><br>**JOINT STIPULATION OF DISMISSAL *WITH* PREJUDICE** |

Plaintiff Kira Hurd and Defendant Boston Scientific Corporation hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Defendant Boston Scientific Corporation and this action in its entirety are dismissed *with* prejudice, each party to bear its own attorney's fees and costs.

Dated: October 19, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

By:  */s/ David P. Koller*
TARIFA B. LADDON
DAVID P. KOLLER

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

Dated: October 19, 2023

**BEN MARTIN LAW GROUP**

By:  */s/ Rachel L. Wright*
RACHEL L. WRIGHT

Attorney for Plaintiff
KIRA HURD

## ATTESTATION

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 19, 2023                */s/ David P. Koller*
David P. Koller